AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | |
|---|---|
| United States of America<br>v.<br>GENE LEVOFF<br>*Defendant* | )<br>)<br>) Case No. 2:19mj3507<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 2/20/2019

*Defendant's signature*

*Signature of defendant's attorney*

KEVIN MARINO, ESQ. Retained
*Printed name and bar number of defendant's attorney*

437 SOUTHERN BLVD.
CHATHAM, NJ 07928
*Address of defendant's attorney*

Kmarino@Khmarino.com
*E-mail address of defendant's attorney*

973 824 9300
*Telephone number of defendant's attorney*

973 824 8425
*FAX number of defendant's attorney*