Kevin H. Marino
John D. Tortorella
Wan Cha
MARINO, TORTORELLA & BOYLE, P.C.
437 Southern Boulevard
Chatham, New Jersey 07928-1488
Tel: (973) 824-9300
Fax: (973) 824-8205
*Counsel for Defendant Gene Levoff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 19-cr-780 (WJM) |
|  | : |  |
|  | : | **Return Date:** To Be Scheduled |
| v. | : |  |
|  | : | **Document Electronically Filed** |
|  | : |  |
| GENE LEVOFF, | : | <u>**Oral Argument Requested**</u> |
|  | : |  |
| Defendant. | : |  |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO:   Courtney A. Howard, A.U.S.A.
      Daniel V. Shapiro, A.U.S.A.
      OFFICE OF THE U.S. ATTORNEY
      970 Broad Street
      Suite 700
      Newark, New Jersey 07102

PLEASE TAKE NOTICE that on a date determined by the Court, Defendant Gene Levoff

("Defendant"), through his attorneys, Marino, Tortorella & Boyle, P.C. (Kevin H. Marino, Esq.,

appearing), will move before the Honorable William J. Martini, U.S.D.J., United States District

Court for the District of New Jersey, Martin Luthor King, Jr., Federal Building & Courthouse,

Courtroom 4B, 50 Walnut Street, Newark, New Jersey 07102, for entry of an Order dismissing the

Indictment with prejudice for failure to state a crime.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Defendant will rely

on the Memorandum of Law submitted herewith.  A proposed form of Order is also submitted herewith.

PLEASE TAKE FURTHER NOTICE that Defendants respectfully request oral argument on this motion.

Dated:  April 27, 2020                          Respectfully submitted,

                                                MARINO, TORTORELLA & BOYLE, P.C.
                                                Attorneys for Defendant Gene Levoff

                                        By:  _____
                                                KEVIN H. MARINO