UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

Gene Levoff

Crim. No. 2:19-cr-00780 (WJM)

ORDER

**THIS MATTER** comes before the Court on a request for disclosure of sentencing materials submitted by Chris Dolmetsch of Bloomberg News on December 6, 2023. ECF No. 63. Pursuant to this District's protocol for disclosure of sentencing materials resolution adopted on June 22, 2017, all such requests *must* be made within two business days of the filing of a submission notice. In this matter, the Defendant filed his submission notice of sentencing materials on November 21, 2023, and the Government filed its submission notice on November 22, 2023. Therefore, the request is untimely. **IT IS** on this 11th day of December 2023, **ORDERED** that Chris Dolmetsch's request for disclosure of sentencing materials is **DENIED** as untimely.

WILLIAM J. MARTINI, U.S.D.J.